1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ZACHARIAH DANIELS,                          No. 2:15-cv-1264 AC P

12          Plaintiff,

13      v.                                       ORDER

14  R. FOX, Warden, et al.,

15          Defendants.

16

17       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18  U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19  U.S.C. § 1915.  However, the certificate portion of the request (which must be completed by

20  plaintiff's institution of incarceration) has not been filled out.  Also, the attached copy of

21  plaintiff's prison trust account statement is not certified.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

22  will be provided the opportunity to submit a completed in forma pauperis application and a

23  certified copy of his prison trust account statement for the six-month period preceding the filing

24  of his complaint.

25       In accordance with the above, IT IS HEREBY ORDERED that:

26       1. Plaintiff shall, within thirty days from the filing date of this order, submit a completed

27  affidavit, including certificate, in support of his request to proceed in forma pauperis, together

28  with a certified copy of his prison trust account statement for the six-month period immediately

preceding the filing of the complaint;

    2.  The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

    3.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 19, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE