# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**ZACHARIAH DANIELS**,                    **Case No. 2:15-cv-1264 GEB AC P**

       Plaintiff,

   v.

**R. FOX, Warden, et al.,**

       Defendants.                    **ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

_____/

**Zachariah Daniels, CDCR # P-49740,** a necessary and material witness in a settlement conference to be convened in this case on May 4, 2017, is confined in the California Medical Facility (CMF), in the custody of the Warden.  In order to secure this inmate's attendance at the settlement conference it is necessary that this Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before **Magistrate Judge Gregory G. Hollows at the U. S. District Court, Courtroom #9 (13th Floor), 501 I Street, Sacramento, California 95814, on Thursday, May 4, 2017 at 9:00 a.m.**

### ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMF, 1600 California Drive, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Gregory G. Hollows at the time and place noted above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 28, 2016

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE