UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH DANIELS, | No. 15-cv-1264 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| R. FOX, Warden, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 31.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 29, 2016, are adopted in full; and

////

1

2. Plaintiff's motions for extraordinary relief, ECF Nos. 23, 25, and 26 are denied.

DATED:

Dated:  December 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge