UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH DANIELS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. FOX, Warden, et al.,<br><br>    Defendants. | No. 2:15-cv-1264 GEB AC P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. A settlement conference is scheduled in this action on May 4, 2017. The court finds that appointment of counsel for plaintiff is warranted for the limited purpose of assisting him in preparing for and participating in the settlement conference. Kristin N. Capritto has been selected from the court's pro bono attorney panel to represent plaintiff for this purpose and has agreed to the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Kristin N. Capritto is appointed as limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of assisting plaintiff in preparing for and participating in the May 4, 2017 settlement conference.

2. Kristin N. Capritto's appointment shall terminate fifteen days after completion of the settlement conference or continued settlement conference.

3. Appointed counsel shall notify Sujean Park, the court's Alternative Dispute Resolution Coordinator, at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Kristin N. Capritto, Forester Purcell Stowell PC, 620 Coolidge Dr., Suite 325, Folsom, CA 95630.

IT IS SO ORDERED.

DATED: February 14, 2017

*ALLISON CLAIRE*
UNITED STATES MAGISTRATE JUDGE