IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Zachariah Daniels

    Plaintiff(s)

vs.

Fox et al.,

    Defendants.

_____/

No. 2:15-cv-1264 GEB AC P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, KRISTIN N. CAPRITTO, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on February 14, 2017, by the Honorable Allison Claire, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Visitation with client at his correctional institution in San Diego, California, will require travel on the part of counsel for which she is seeking authorization of reimbursement prior to making travel arrangements from Sacramento to San Diego. Approximate travel expenses as follows:
 - Flight; not to exceed $425 (Google flights and Southwest Airlines average between $350-$425) for travel on 3/24/17 to meet with client on 3/25/17);
 - Rental car; not to exceed $40 (Expedia estimates are approximately $20-$45 per day);
 - Hotel; not to exceed $200 (attorneys may only visit M-F from 7:00am to 4:00pm);
 - Meal reimbursement not to exceed applicable per diem rate of $64 per day).

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 730.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:15-cv-1264 GEB AC P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | Airfare for client visitation |  |
|  | Rental car |  |
|  | Hotel |  |
|  | Meal allowance |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of March, 2017, at Folsom, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is ✓ Approved ____ Denied

Or,

____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ____, on _____, at _____, ___.M. in Courtroom Number ____.

Dated: 3/14/17

*[signature]*

United States District Judge/Magistrate Judge