UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH DANIELS,<br><br>        Plaintiff,<br><br>   v.<br><br>R. FOX, Warden, et al.,<br><br>        Defendants. | No. 2:15-cv-1264 GEB AC P<br><br><br><br>ORDER |

Plaintiff requests the assistance of the court and the California Department of Corrections and Rehabilitation in locating defendants Johns and Carpe, and an extension of time within which to serve process on these defendants. See ECF No. 20. Review of the docket indicates that defendant Johns filed a waiver of service on March 29, 2017 (ECF No. 46), and that California Deputy Attorney General Andrea Sloan "has been in contact with [defendant Carpe] and the U.S. Marshall's Office in order to effect service [on Carpe] as soon as possible" (ECF No. 49 at 3 (Sloan Decl., ¶ 4)). This case is scheduled for a settlement conference on May 4, 2017.

Because the information requested by plaintiff is no longer needed, plaintiff's motion will be denied. The court's order directing plaintiff to provide additional service information for these defendants (ECF No. 44) is satisfied.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel, ECF No. 51, is denied as unnecessary.

2. The Office of the California Attorney General is requested to ensure that defendant Carpe is served process within the next fourteen (14) days.

DATED: April 11, 2017.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE